No. 326, Misc.  HARDMAN *v.* NEW JERSEY.  Supreme
Court of New Jersey.  Certiorari denied.

No. 332, Misc.  CLARK *v.* RAGEN, WARDEN.  Circuit
Court of Lake County, Illinois.  Certiorari denied.

No. 335, Misc.  MALEK *v.* WARDEN, MICHIGAN STATE
PRISON.  Supreme Court of Michigan.  Certiorari de-
nied.

No. 324, Misc.  GERUNDO *v.* CALIFORNIA.  Petition for
writ of certiorari to the District Court of Appeal of Cali-
fornia, Third Appellate District, denied for the reason
that application therefor was not made within the time
provided by law.  28 U. S. C. § 2101 (d); Rule 38½ of
the Rules of the Supreme Court. ■

No. 9.  KING ET AL., CONSTITUTING THE FLORIDA RAIL-
ROAD AND PUBLIC UTILITIES COMMISSION, *v.* UNITED
STATES ET AL., *ante,* p. 254.  Rehearing denied.

No. 404.  ORVIS ET AL. *v.* McGRANERY, ATTORNEY
GENERAL, SUCCESSOR TO THE ALIEN PROPERTY CUSTODIAN.
February 4, 1953.  Brownell, present Attorney General,
substituted for McGranery.